CHIEF JUSTICE
  CAROLYN WRIGHT

JUSTICES
  DAVID L. BRIDGES
  MOLLY FRANCIS
  DOUGLAS S. LANG
  ELIZABETH LANG-MIERS
  ROBERT M. FILLMORE
  LANA MYERS
  DAVID EVANS
  DAVID LEWIS
  ADA BROWN
  CRAIG STODDART
  BILL WHITEHILL
  DAVID J. SCHENCK



**Court of Appeals**
**Fifth District of Texas at Dallas**

600 COMMERCE STREET, SUITE 200
DALLAS, TEXAS 75202
(214) 712-3400

LISA MATZ
CLERK OF THE COURT
(214) 712-3450
theclerk@5th.txcourts.gov

GAYLE HUMPA
BUSINESS ADMINISTRATOR
(214) 712-3434
gayle.humpa@5th.txcourts.gov

FACSIMILE
(214) 745-1083

INTERNET
WWW.TXCOURTS.GOV/5THCOA.ASPX

October 21, 2015

Sharita Blacknall
P.O. Box 1643
Rockwall, Texas 75087

RE:     Court of Appeals Number:     05-15-00177-CR
        Charneequa Hunter v. The State of Texas

Dear Ms. Blacknall:

On May 4, 2015, you filed *Anders* briefs in this case and a companion case, 05-15-00178-CR. A motion to withdraw as counsel was filed in the companion case, but there is no motion to withdraw filed in cause no. 05-15-00177-CR.

Please file, within **TEN DAYS** of the date of this letter, a motion to withdraw as counsel in cause no. 05-15-00177-CR.

Respectfully,

/s/ Lisa Matz, Clerk of the Court

ltr:mt